| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |

Order Filed on January 16, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**NAKIA T. MANNING**

Debtor(s).

Case No.: 23-13043 MBK

Hearing: 1/10/24

Judge: **Michael B. Kaplan**

# INTERIM CONFIRMATION ORDER

The relief set forth on the following pages, numbered two (2) [through three (3)], is ORDERED.

**DATED: January 16, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court finds that interim confirmation of the Chapter 13 Plan is in the best interest of debtor and the parties-in-interest. Therefore,

IT IS HEREBY ORDERED as follows:

1. The Chapter 13 Plan filed 12/8/23, Doc #43, is approved on an interim basis only. The plan is subject to final confirmation and further order of the court. All of the rights of all parties are reserved until the final confirmation hearing.

2. The Standing Chapter 13 Trustee is authorized to make distribution, with a percentage fee, on account of the following claims:

    a. Allowed attorney's fees
    b. Secured creditors

3. The arrearage claim of creditor, Nationstar Mortgage, LLC, Proof of Claim #19-1 shall not be paid by the Standing Chapter 13 Trustee at this time until or until further order of the Court.

4. The debtor(s) shall make periodic payments until further order of the Court as follows: $5,400 paid to date (8 mo); $700 x 12 months beginning January 1, 2024; $1,390 x 40 months beginning January 1, 2025, to pay 100% dividend to general unsecured creditors, and preserving a minimum of $63,821 to general unsecured creditors due to non-exempt equity in real estate.

5. The debtor shall register for TFS ewage automatic deductions within 7 days of the date of this Order.

6. A hearing on final confirmation is scheduled for June 19, 2024 at 10:00 a.m., at the United States Bankruptcy Court.