Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−13043−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nakia T Manning
   61 Bruce Park Dr
   Trenton, NJ 08618

Social Security No.:
   xxx−xx−1140

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              6/12/24
Time:              10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 18, 2024
JAN: wiq

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-13043-MBK |
| Nakia T Manning | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 18, 2024 | Form ID: 132 | Total Noticed: 64 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nakia T Manning, 61 Bruce Park Dr, Trenton, NJ 08618-5109 |
| cr | + | TSF Cust for FIG CAP INV NJ13, PO BOX 669505, Dallas, TX 75266-0392 |
| 519888493 | + | Allgate Financial, 707 Skokie Blvd Ste 375, Northbrook, IL 60062-2882 |
| 519888498 | + | Capital Health, POB 785841, Philadelphia, PA 19178-5841 |
| 519888501 | + | City of Trenton - Taxation, 319 E. State Street, Trenton, NJ 08608-1809 |
| 519896602 | + | City of Trenton Tax Collector, P.O. Box 210, Trenton NJ 08602-0210 |
| 519888505 | + | Dakota State Bank, POB 4477, Beaverton, OR 97076-4401 |
| 519888511 | + | LVNV c/o Resurgant Cap, re:, 55 Bettie Pl, Ste 110, Greenville, SC 29601-5115 |
| 519969114 | + | Lakeview Loan Servicing, LLC enote vesting Nations, Gross Polowy LLC, 1775 Wehrle Drive, Suite 100, Williamsville NY 14221-7093 |
| 519951683 | + | MTAG Custodian for FIG Capital Investments NJ13, L, PO Box 669505, Dallas, Texas 75266-0392 |
| 519969154 | + | Nationstar Mortgage LLC, as servicing agent for TH, Gross Polowy LLC, 1775 Wehrle Drive, Suite 100, Williamsville NY 14221-7093 |
| 519888518 | + | Northstar Cap Acq, 220 John Glenn Dr, Buffalo, NY 14228-2246 |
| 519888525 | + | PSE&G, ATTN Bankruptcy, POB 1444, New Brunswick, NJ 08903-1444 |
| 519888520 | + | Pellegrino & Feldstein, 290 Rt 46 West, Denville, NJ 07834-1239 |
| 519888519 | + | Pellegrino & Feldstein, Re: FIG, 290 Rt. 46 West, Denville, NJ 07834-1239 |
| 519888527 | + | RJM Acq LLC, 575 Underhill BLvd Ste 224, Syosset, NY 11791-3416 |
| 519888530 | + | Shapiro & DeNardo, 14000 Commerce Parkway Ste B, Mount Laurel, NJ 08054-2242 |
| 519888532 | + | TFS Cust for FIG Cap Inv NJ13, PO BOX 669505, Dallas, TX 75266-0392 |
| 519898360 | + | TRENTON WATER WORKS/ CITY, OF TRENTON/ ACCOUNTS & CONTROL, 319 EAST STATE ST., ROOM 113, TRENTON, NJ 08608-1809 |
| 519888535 | + | TWW, POB 70226, Philadelphia, PA 19176-0226 |
| 519888533 | + | The affiliated Grp, POB 7739, Rochester, MN 55903-7739 |
| 519888538 | + | Zager Fuchs PC, FTA Financial, 268 Broad St, Red Bank, NJ 07701-2042 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 18 2024 21:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 18 2024 21:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Jan 18 2024 21:54:00 | ABC Bail Bonds, Inc., c/o Saldutti Law Group, 1040 N. Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| cr | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 18 2024 21:53:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 519895519 | + | Email/Text: rmcdowell@slgcollect.com | Jan 18 2024 21:54:00 | ABC Bail Bonds, Inc., c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |

| Recipient ID | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|
| 519888494 | + Email/PDF: ebn_ais@aisinfo.com | Jan 18 2024 22:10:56 | American InfoSource LP (verizon), POB 248838, Oklahoma City, OK 73124-8838 |
| 519888496 | + Email/Text: creditcardbkcorrespondence@bofa.com | Jan 18 2024 21:52:00 | Bank of America, POB 982238, El Paso, TX 79998-2238 |
| 519888497 | + Email/Text: famc-bk@1stassociates.com | Jan 18 2024 21:55:00 | Bank of Missouri, 2700 S> Lorraine Pl, Sioux Falls, SD 57106-3657 |
| 519888499 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 18 2024 22:10:57 | Capital One, POB 85015, Richmond, VA 23285 |
| 519888500 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 18 2024 22:10:47 | Capital One, POB 30285, Salt Lake City, UT 84130-0285 |
| 519888503 | + Email/Text: ebnnotifications@creditacceptance.com | Jan 18 2024 21:52:00 | Credit Acceptance, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 519888504 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 18 2024 21:57:34 | Credit One Bank, POB 98872, Las Vegas, NV 89193-8872 |
| 519888506 | + Email/Text: bankruptcydepartment@tsico.com | Jan 18 2024 21:56:00 | EOS CCA, re: Verizon, POB 981008, Boston, MA 02298-1008 |
| 519888507 | + Email/Text: bknotice@ercbpo.com | Jan 18 2024 21:55:00 | ERC, re:, POB 23870, Jacksonville, FL 32241-3870 |
| 519888508 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 18 2024 21:57:02 | First Premier, POB 5519, Sioux Falls, SD 57117-5519 |
| 519888510 | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 18 2024 21:55:00 | Jefferson Capital Sys, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 519888509 | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 18 2024 21:55:00 | Jefferson Capital Sys, re: First access, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 519928973 | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 18 2024 21:55:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519941769 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2024 21:56:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519914818 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2024 22:10:56 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519888512 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 18 2024 21:55:00 | Midland Credit Management, re:, 350 Camino De La Reina, Ste 300, San Diego, CA 92108-3007 |
| 519925155 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 18 2024 21:55:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519888513 | + Email/Text: bankruptcy@sccompanies.com | Jan 18 2024 21:56:00 | Midnight Velver/Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519888514 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 18 2024 21:53:00 | Mr Cooper, POB 818060, Cleveland, OH 44181-8060 |
| 519951580 | Email/Text: nsm_bk_notices@mrcooper.com | Jan 18 2024 21:53:00 | Nationstar Mortgage LLC, Nationstar Mortgage Bankruptcy Departmen, P.O. Box 619096, Dallas, TX 75261-9741 |
| 519888515 | + Email/Text: bankruptcy@ncaks.com | Jan 18 2024 21:52:00 | NCA, re: Mid America Bank, POB 550, Hutchinson, KS 67504-0550 |
| 519888517 | ^ MEBN | Jan 18 2024 21:45:51 | NJ Motor Vehicle Commission - surcharge, POB 136, Trenton, NJ 08666-0136 |
| 519888516 | + Email/PDF: bankruptcy@ncfsi.com | Jan 18 2024 22:10:47 | New Century, 110 S. Jefferson Rd, Whippany, NJ 07981-1038 |
| 519888521 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 18 2024 22:10:59 | Portfolio Recovery Assoc, POB 12914, Norfolk, VA 23541 |
| 519888524 | Email/Text: signed.order@pfwattorneys.com | Jan 18 2024 21:53:00 | Pressler Felt & Warshaw, 7 Entin Rd, Parsippany, |

Case 23-13043-MBK    Doc 56    Filed 01/20/24    Entered 01/21/24 00:19:53    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 18, 2024 | Form ID: 132 | Total Noticed: 64 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | NJ 07054 |
| 519888523 | | Email/Text: signed.order@pfwattorneys.com | Jan 18 2024 21:53:00 | Pressler Felt & Warshaw, re: Synergy Anesthesia, 7 Entin RD, Parsippany, NJ 07054 |
| 519888526 | + | Email/Text: bankruptcy@pseg.com | Jan 18 2024 21:52:00 | PSEG, Credit & Collection Center, POB 490, Cranford, NJ 07016-0490 |
| 519951368 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2024 21:57:05 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 519888522 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 18 2024 21:57:26 | Premier Card, 3820 N. Louisde Ave, Sioux Falls, SD 57107-0145 |
| 519916636 | | Email/Text: bnc-quantum@quantum3group.com | Jan 18 2024 21:55:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519888528 | + | Email/Text: rwjebn@rwjbh.org | Jan 18 2024 21:56:00 | RWJ at Hamilton, 1 Hamilton Health Pl, Trenton, NJ 08690-3542 |
| 519888531 | + | Email/Text: bankruptcy@sw-credit.com | Jan 18 2024 21:55:00 | Southwest Credit Sys, re: Comcast, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 519914625 | | Email/Text: EDBKNotices@ecmc.org | Jan 18 2024 21:52:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 519940624 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 18 2024 21:57:08 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519888537 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 18 2024 21:56:00 | Webbank / Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 519888534 | ^ | MEBN | Jan 18 2024 21:45:27 | the receivables Managment Srv, re: Progressive Ins, 240 Emery St, Bethlehem, PA 18015-1980 |
| 519888536 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 18 2024 21:52:00 | verizon, 500 Technology Dr, Saint Charles, MO 63304-2225 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519888495 | | Arctic Motors |
| 519888502 | | Colorado Capital |
| 519888529 | ##+ | Saldutti Law Grp, ABC Bail BOnd, 800 Kings Highway, Cherry Hill, NJ 08034-1511 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 20, 2024                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Courtney R. Shed | on behalf of Creditor Nationstar Mortgage LLC as servicing agent for THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for the CWMBS Reperforming Loan REMIC Trust Certificates, Series 2004-R1 cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for the CWMBS Reperforming Loan REMIC Trust Certificates Series 2004-R1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC as servicing agent for THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for the CWMBS Reperforming Loan REMIC Trust Certificates, Series 2004-R1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Nationstar Mortgage LLC ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor Nationstar Mortgage LLC as servicing agent for THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for the CWMBS Reperforming Loan REMIC Trust Certificates, Series 2004-R1 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Peter E. Zimnis | on behalf of Debtor Nakia T Manning njbankruptcylaw@aol.com |
| Rebecca K. McDowell | on behalf of Creditor ABC Bail Bonds Inc. rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren S. Jones, Jr. | on behalf of Creditor Midland Funding LLC email@warrensjones.com, r46134@notify.bestcase.com;robert@warrensjones.com |

TOTAL: 11