| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | Order Filed on January 18, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In Re:<br><br>**NAKIA T. MANNING**<br><br>                              Debtor(s). | Case No.:   23-13043 MBK<br><br>Hearing:    1/10/24<br><br>Judge:      **Michael B. Kaplan** |

AMENDED

**INTERIM CONFIRMATION ORDER**

The relief set forth on the following pages, numbered two (2) [through three (3)], is ORDERED.

**DATED: January 18, 2024**

*(signed)*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court finds that interim confirmation of the Chapter 13 Plan is in the best interest of debtor and the parties-in-interest. Therefore,

IT IS HEREBY ORDERED as follows:

1. The Chapter 13 Plan filed 12/8/23, Doc #43, is approved on an interim basis only. The plan is subject to final confirmation and further order of the court. All of the rights of all parties are reserved until the final confirmation hearing.

2. The Standing Chapter 13 Trustee is authorized to make distribution, with a percentage fee, on account of the following claims:
    a. Allowed attorney's fees
    b. Secured creditors

3. The arrearage claim of creditor, Nationstar Mortgage, LLC, Proof of Claim #19-1 shall not be paid by the Standing Chapter 13 Trustee at this time until or until further order of the Court.

4. The debtor(s) shall make periodic payments until further order of the Court as follows: $5,400 paid to date (8 mo); $700 x 12 months beginning January 1, 2024; $1,390 x 40 months beginning January 1, 2025, to pay 100% dividend to general unsecured creditors, and preserving a minimum of $63,821 to general unsecured creditors due to non-exempt equity in real estate.

5. The debtor shall register for TFS ewage automatic deductions within 7 days of the date of this Order.

6. A hearing on final confirmation is scheduled for June 12, 2024 at 10:00 a.m., at the United States Bankruptcy Court.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-13043-MBK |
| Nakia T Manning | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2
Date Rcvd: Jan 18, 2024    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nakia T Manning, 61 Bruce Park Dr, Trenton, NJ 08618-5109 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Courtney R. Shed | on behalf of Creditor Nationstar Mortgage LLC as servicing agent for THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for the CWMBS Reperforming Loan REMIC Trust Certificates, Series 2004-R1 cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC as servicing agent for THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for the CWMBS Reperforming Loan REMIC Trust Certificates, Series 2004-R1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for the CWMBS Reperforming Loan REMIC Trust Certificates  Series 2004-R1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

Elizabeth L. Wassall
 on behalf of Creditor Nationstar Mortgage LLC ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall
 on behalf of Creditor Nationstar Mortgage LLC as servicing agent for THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for the CWMBS Reperforming Loan REMIC Trust Certificates, Series 2004-R1 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Laura M. Egerman
 on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com

Peter E. Zimnis
 on behalf of Debtor Nakia T Manning njbankruptcylaw@aol.com

Rebecca K. McDowell
 on behalf of Creditor ABC Bail Bonds Inc. rmcdowell@slgcollect.com, anovoa@slgcollect.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

Warren S. Jones, Jr.
 on behalf of Creditor Midland Funding LLC email@warrensjones.com, r46134@notify.bestcase.com;robert@warrensjones.com

TOTAL: 11