Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−13043−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nakia T Manning
   61 Bruce Park Dr
   Trenton, NJ 08618

Social Security No.:
   xxx−xx−1140

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/29/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 30, 2025
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                               Case No. 23-13043-MBK
Nakia T Manning                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                     User: admin                     Page 1 of 4
Date Rcvd: Apr 30, 2025          Form ID: 148                  Total Noticed: 63

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nakia T Manning, 61 Bruce Park Dr, Trenton, NJ 08618-5109 |
| cr | + | TSF Cust for FIG CAP INV NJ13, PO BOX 669505, Dallas, TX 75266-0392 |
| 519888493 | + | Allgate Financial, 707 Skokie Blvd Ste 375, Northbrook, IL 60062-2882 |
| 519888498 | + | Capital Health, POB 785841, Philadelphia, PA 19178-5841 |
| 519888501 | + | City of Trenton - Taxation, 319 E. State Street, Trenton, NJ 08608-1809 |
| 519896602 | + | City of Trenton Tax Collector, P.O. Box 210, Trenton NJ 08602-0210 |
| 519888505 | + | Dakota State Bank, POB 4477, Beaverton, OR 97076-4401 |
| 519888511 | + | LVNV c/o Resurgant Cap, re:, 55 Bettie Pl, Ste 110, Greenville, SC 29601-5115 |
| 519969114 | + | Lakeview Loan Servicing, LLC enote vesting Nations, Gross Polowy LLC, 1775 Wehrle Drive, Suite 100, Williamsville NY 14221-7093 |
| 519888518 | + | Northstar Cap Acq, 220 John Glenn Dr, Buffalo, NY 14228-2246 |
| 519888525 | + | PSE&G, ATTN Bankruptcy, POB 1444, New Brunswick, NJ 08903-1444 |
| 519888520 | + | Pellegrino & Feldstein, 290 Rt 46 West, Denville, NJ 07834-1239 |
| 519888519 | + | Pellegrino & Feldstein, Re: FIG, 290 Rt. 46 West, Denville, NJ 07834-1239 |
| 519888527 | + | RJM Acq LLC, 575 Underhill BLvd Ste 224, Syosset, NY 11791-3416 |
| 519888530 | + | Shapiro & DeNardo, 14000 Commerce Parkway Ste B, Mount Laurel, NJ 08054-2242 |
| 519888532 | + | TFS Cust for FIG Cap Inv NJ13, PO BOX 669505, Dallas, TX 75266-0392 |
| 519898360 | + | TRENTON WATER WORKS/ CITY, OF TRENTON/ ACCOUNTS & CONTROL, 319 EAST STATE ST., ROOM 113, TRENTON, NJ 08608-1809 |
| 519888535 | + | TWW, POB 70226, Philadelphia, PA 19176-0226 |
| 519888533 | + | The affiliated Grp, POB 7739, Rochester, MN 55903-7739 |
| 519888538 | + | Zager Fuchs PC, FTA Financial, 268 Broad St, Red Bank, NJ 07701-2042 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 30 2025 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 30 2025 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: rmcdowell@slgcollect.com | Apr 30 2025 20:45:00 | ABC Bail Bonds, Inc., c/o Saldutti Law Group, 1040 N. Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| cr | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 30 2025 20:44:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 519895519 | + | Email/Text: rmcdowell@slgcollect.com | Apr 30 2025 20:45:00 | ABC Bail Bonds, Inc., c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519888494 | + | EDI: AIS.COM | May 01 2025 00:34:00 | American InfoSource LP (verizon), POB 248838, |

Case 23-13043-MBK    Doc 61    Filed 05/02/25    Entered 05/03/25 00:14:25    Desc Imaged
                              Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Apr 30, 2025 | Form ID: 148 | Total Noticed: 63 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | Oklahoma City, OK 73124-8838 |
| 519888496 | + | EDI: BANKAMER | May 01 2025 00:34:00 | Bank of America, POB 982238, El Paso, TX 79998-2238 |
| 519888497 | + | EDI: TCISOLUTIONS.COM | May 01 2025 00:34:00 | Bank of Missouri, 2700 S> Lorraine Pl, Sioux Falls, SD 57106-3657 |
| 519888499 | | EDI: CAPITALONE.COM | May 01 2025 00:34:00 | Capital One, POB 85015, Richmond, VA 23285 |
| 519888500 | + | EDI: CAPITALONE.COM | May 01 2025 00:34:00 | Capital One, POB 30285, Salt Lake City, UT 84130-0285 |
| 519888503 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 30 2025 20:44:00 | Credit Acceptance, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 519888504 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 30 2025 20:55:39 | Credit One Bank, POB 98872, Las Vegas, NV 89193-8872 |
| 519888506 | | Email/Text: bankruptcydepartment@tsico.com | Apr 30 2025 20:46:00 | EOS CCA, re: Verizon, POB 981008, Boston, MA 02298 |
| 519888508 | + | EDI: AMINFOFP.COM | May 01 2025 00:34:00 | First Premier, POB 5519, Sioux Falls, SD 57117-5519 |
| 519888510 | | EDI: JEFFERSONCAP.COM | May 01 2025 00:34:00 | Jefferson Capital Sys, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 519888509 | | EDI: JEFFERSONCAP.COM | May 01 2025 00:34:00 | Jefferson Capital Sys, re: First access, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 519928973 | | EDI: JEFFERSONCAP.COM | May 01 2025 00:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519941769 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2025 20:55:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519914818 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2025 20:55:41 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519951683 | + | Email/Text: ar@figadvisors.com | Apr 30 2025 20:46:00 | MTAG Custodian for FIG Capital Investments NJ13, L, PO Box 669505, Dallas, Texas 75266-0392 |
| 519888512 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 30 2025 20:45:00 | Midland Credit Management, re:, 350 Camino De La Reina, Ste 300, San Diego, CA 92108-3007 |
| 519925155 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 30 2025 20:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519888513 | + | EDI: CBS7AVE | May 01 2025 00:34:00 | Midnight Velver/Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519888514 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 30 2025 20:44:00 | Mr Cooper, POB 818060, Cleveland, OH 44181-8060 |
| 519951580 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 30 2025 20:44:00 | Nationstar Mortgage LLC, Nationstar Mortgage Bankruptcy Departmen, P.O. Box 619096, Dallas, TX 75261-9741 |
| 519888515 | + | Email/Text: bankruptcy@ncaks.com | Apr 30 2025 20:44:00 | NCA, re: Mid America Bank, POB 550, Hutchinson, KS 67504-0550 |
| 519888517 | ^ | MEBN | Apr 30 2025 20:42:35 | NJ Motor Vehicle Commission - surcharge, POB 136, Trenton, NJ 08666-0136 |
| 519969154 | ^ | MEBN | Apr 30 2025 20:42:39 | Nationstar Mortgage LLC, as servicing agent for TH, Gross Polowy LLC, 1775 Wehrle Drive, Suite 100, Williamsville NY 14221-7093 |
| 519888516 | + | Email/PDF: bankruptcy@ncfsi.com | Apr 30 2025 20:55:37 | New Century, 110 S. Jefferson Rd, Whippany, NJ 07981-1038 |
| 519888521 | | EDI: PRA.COM | May 01 2025 00:34:00 | Portfolio Recovery Assoc, POB 12914, Norfolk, |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 30, 2025 | Form ID: 148 | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| | | | | VA 23541 |
| 519888524 | | Email/Text: signed.order@pfwattorneys.com | Apr 30 2025 20:44:00 | Pressler Felt & Warshaw, 7 Entin Rd, Parsippany, NJ 07054 |
| 519888523 | | Email/Text: signed.order@pfwattorneys.com | Apr 30 2025 20:44:00 | Pressler Felt & Warshaw, re: Synergy Anesthesia, 7 Entin RD, Parsippany, NJ 07054 |
| 519888526 | + | Email/Text: bankruptcy@pseg.com | Apr 30 2025 20:44:00 | PSEG, Credit & Collection Center, POB 490, Cranford, NJ 07016-0490 |
| 519951368 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2025 20:55:50 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 519888522 | + | EDI: AMINFOFP.COM | May 01 2025 00:34:00 | Premier Card, 3820 N. Louisde Ave, Sioux Falls, SD 57107-0145 |
| 519916636 | | EDI: Q3G.COM | May 01 2025 00:34:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519888528 | + | Email/Text: rwjebn@rwjbh.org | Apr 30 2025 20:46:00 | RWJ at Hamilton, 1 Hamilton Health Pl, Trenton, NJ 08690-3542 |
| 519888531 | + | Email/Text: bankruptcy@sw-credit.com | Apr 30 2025 20:45:00 | Southwest Credit Sys, re: Comcast, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 519914625 | | Email/Text: EDBKNotices@ecmc.org | Apr 30 2025 20:44:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 519940624 | + | EDI: AIS.COM | May 01 2025 00:34:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519888537 | + | EDI: BLUESTEM | May 01 2025 00:34:00 | Webbank / Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 519888534 | ^ | MEBN | Apr 30 2025 20:41:35 | the receivables Managment Srv, re: Progressive Ins, 240 Emery St, Bethlehem, PA 18015-1980 |
| 519888536 | + | EDI: VERIZONCOMB.COM | May 01 2025 00:34:00 | verizon, 500 Technology Dr, Saint Charles, MO 63304-2225 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519888495 | | Arctic Motors |
| 519888502 | | Colorado Capital |
| 519888507 | ##+ | ERC, re:, POB 23870, Jacksonville, FL 32241-3870 |
| 519888529 | ##+ | Saldutti Law Grp, ABC Bail BOnd, 800 Kings Highway, Cherry Hill, NJ 08034-1511 |

TOTAL: 2 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Apr 30, 2025 | Form ID: 148 | Total Noticed: 63

Date: May 02, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Courtney R. Shed | on behalf of Creditor Nationstar Mortgage LLC as servicing agent for THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for the CWMBS Reperforming Loan REMIC Trust Certificates, Series 2004-R1 cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for the CWMBS Reperforming Loan REMIC Trust Certificates Series 2004-R1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC as servicing agent for THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for the CWMBS Reperforming Loan REMIC Trust Certificates, Series 2004-R1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Nationstar Mortgage LLC ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor Nationstar Mortgage LLC as servicing agent for THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for the CWMBS Reperforming Loan REMIC Trust Certificates, Series 2004-R1 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Peter E. Zimnis | on behalf of Debtor Nakia T Manning njbankruptcylaw@aol.com |
| Rebecca K. McDowell | on behalf of Creditor ABC Bail Bonds Inc. rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren S. Jones, Jr. | on behalf of Creditor Midland Funding LLC email@warrensjones.com, r46134@notify.bestcase.com;robert@warrensjones.com |

TOTAL: 11